KENNETH C. ABSALOM (SBN 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff

JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant
BAYER HEALTHCARE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON HILL, JR., Plaintiff, vs. BAYER HEALTHCARE LLC. Defendant | Case No.: CV 09-00235 JSW **JOINT STIPULATION FOR ENLARGEMENT OF TIME TO COMPLETE PERCIPIENT DISCOVERY AND ORDER THEREON** |

Pursuant to Civ. L.R. 7-12, the parties to the above-captioned action, by and through their undersigned counsel, hereby request the Court to approve the following Stipulation to extend the time within which Non-Expert Discovery must be completed and to an enter an Order on same.

**IT IS HEREBY STIPULATED** by Plaintiff LAVON HILL and Defendant BAYER HEALTHCARE LLC, that the time for completion of Non-Expert discovery shall be extended from November 6, 2009 to January 12, 2010, based upon the following reasons:

1. This cause was filed in Alameda County Superior Court on December 18, 2008 and thereafter removed to this Court on January 20, 2009. On May 1, 2009, the parties appeared before this Court for an Initial Case Management Conference at which time the parties agreed to refer the matter to Early Neutral Evaluation. Notice of Appointment of Evaluator was issued on May 6, 2009.

2. Pursuant to notice, the parties participated in the ENE session on June 17, 2009. The Evaluator maintained jurisdiction thereafter and continued to conduct the ADR process through several telephone conferences and requests of the parties to exchange information. Such efforts are continuing. While the ADR process has been actively underway, the parties agreed to postpone the setting of depositions. Written discovery was propounded by Plaintiff upon Defendant, including Requests for Production of Documents. At Defendant's request, Plaintiff extended the time for responding to said discovery in order to allow Defendant sufficient time to search and collect responsive documents. On September 24, 2009, Defendant produced almost 900 pages of documents and has indicated that additional responsive documents will be produced over the next two weeks. Defendant, at the same time, served upon Plaintiff its first round of written discovery requests, including Interrogatories and Requests for Production of Documents, and has also issued records subpoenas on Plaintiff's healthcare providers.

3. Counsel have been conferring on the setting of depositions. It is anticipated that approximately eight fact depositions will need to be taken. Such depositions can not be taken efficiently until all responses to written discovery, together with responsive documents, have been served, and there has been compliance with the third-party subpoenas. The parties have been working cooperatively through the discovery process and it is expected that the deposition scheduling will also proceed amicably upon the completion of the document discovery and assuming the relief sought herein is granted.

4. Plaintiff's counsel has long been scheduled for trial in Humboldt County Superior Court in a case entitled *Richard Homem v. Humboldt Creamery Association*, which has been

continued by the Court five times since the initial trial date was set in October 2008. A Trial Readiness Conference was conducted on October 5, 2009 and the trial in that matter has now been confirmed for October 19, 2009 and is expected to last into late November of this year. Thus, Plaintiff's lead counsel in the within case will be in trial for the next several weeks.

5. For all the above reasons, counsel and the parties agree it will be exceptionally difficult, if not impossible, to complete the Non-Expert Discovery by the current deadline of November 6, 2009. Accordingly, the parties are requesting the Court to approve their Stipulation to extend the date for completion of fact discovery only from November 6, 2009 to January 12, 2010, the same date by which expert disclosures are to be made. This extension will not affect the trial date or any other date for completion of pre-trial matters. Counsel and the parties also agree that all discovery necessary for completion of expert disclosures will be scheduled in sufficient time to ensure that the date for such expert disclosures will not be affected.

**IT IS SO STIPULATED:**

LAW OFFICES OF NEVIN & ABSALOM

Dated: 10/6/2009

Kenneth C. Absalom
Attorneys for Plaintiff

LAW OFFICE OF JEROME SCHREIBSTEIN

Dated: 10.6.09

Jerome Schreibstein
Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE