KENNETH C. ABSALOM (SBN 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys for Plaintiff

JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant
BAYER HEALTHCARE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON HILL, JR., | Case No.: CV 09-00235 JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMETN DATES** |
| vs. | |
| BAYER HEALTHCARE LLC. | |
| Defendant | |

Pursuant to Civ. L.R. 7-12, the parties to the above-captioned action, by and through their undersigned counsel, hereby request that this Court approve the following Stipulation to modify certain case management dates so that the parties may complete percipient and expect discovery,

adjudicate dispositive motions, and retain original Pre-trial Conference and Trial dates to the extent necessary.

**IT IS HEREBY STIPULATED** by Plaintiff Lavon Hill and Defendant Bayer HealthCare LLC (Bayer) that the Court ought to set the following schedule in this matter:

Last Day for Expert Disclosures: 2.5.2010

Last Day for Rebuttal Expert Disclosures: 2.19.2010

Close of Expert Discovery: 3.5.2010

Close of Non-Expert Discovery: 2.12.2010

Last Day to Hear Dispositive Motions: Friday, 3.26.2010 [or, in the alternative, 3.19.2010] at 9:00 a.m. (opening briefs shall be filed no later than 35 calendar days before the day set for hearing; opposing briefs shall be filed no later than 21 calendar days before the day set for hearing; reply briefs shall be filed no later than 14 calendar days before the day set for hearing).

**GOOD CAUSE FOR THIS REQUESTED ORDER EXISTS FOR THE FOLLOWING REASONS:**

1. The parties have worked cooperatively in conducting discovery in this matter and have not required any resort to the Court to resolve any discovery disputes. To date, the parties have: timely completed initial disclosures, supplemented once by Bayer; conducted initial written discovery; entered into a Stipulated Protective Order re: Confidential Materials; and conducted Plaintiff's deposition, completed pending certain additional document disclosure.

2. The parties contemplate the following additional discovery:

(a) Deposition of Dr. Douglas Chin, a treating physician of Plaintiff, on 1.11.2010;

(b) A Site Inspection of Bayer's premises, tentatively scheduled for 1.27.2010, the only date in January upon which Plaintiff's expert is available; and

(c) The deposition of the following seven defense witnesses: (i) Chris Burns (a Bayer supervisor and subject matter expert concerning aseptic processing), (ii) Dave Willis (a Bayer supervisor and subject matter expert concerning aseptic processing), (iii) Bob Russey (a Bayer Labor Relations Manager), (iv) Mary Foxall (a Bayer Occupational Health Nurse), (v) John (Jay)

Mentz (a Bayer production supervisor), (vi) Peter Pawlik (a former Bayer manager), and (vii) Erin Royle (a Bayer Occupational Health Nurse).

3. The completion of this discovery has been made more challenging by the facts that (a) Plaintiff's lead counsel was involved in a trial in Humboldt County Superior Court from October 19, 2009 through November 20, 2009; (b) Bayer is under a year-end shutdown until January 4, 2010, and (c) the coincidence of the year-end holiday season. The parties believe that with the requested modification to the case management dates percipient and expert discovery can be timely completed without causing undue burden to the witnesses. Without the requested modifications, on the other hand, the parties believe there will be significant burden imposed upon the parties, witnesses and their counsel in an effort to comply with the current case management dates.

4. Both parties have expressed an interest in Mediation after additional percipient discovery has been conducted and the requested modification of case management dates will enable the conducting of a Mediation, which may result in complete resolution of this matter.

5. No party shall be prejudiced by this Order where the parties have stipulated to the new dates and this Court shall retain the originally set Pre-trial Conference and Trial Dates.

**IT IS SO STIPULATED:**

LAW OFFICES OF NEVIN & ABSALOM

Dated: 12.31.2009                             /S/
                                         Kenneth C. Absalom
                                         Attorneys for Plaintiff

LAW OFFICE OF JEROME SCHREIBSTEIN

Dated: 12.31.2009                             /S/
                                         Jerome Schreibstein
                                         Attorney for Defendant

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT DATES**
**(CASE NO. CV-09-00235 JSW)**
- 3 -

**PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, THE COURT SETS THE FOLLOWING CASE MANAGEMETN DATES IN THIS MATTER:**

Last Day for Expert Disclosure: 2.5.2010

Last Day for Rebuttal Expert Disclosure: 2.19.2010

Close of Expert Discovery: 3.5.2010

Close of Non-Expert Discovery: 2.12.2010

Last Day to Hear Dispositive Motions: Friday, 3.26.2010 [3.19.2010] at 9:00 a.m. (opening briefs shall be filed no later than 35 calendar days before the day set for hearing; opposing briefs shall be filed no later than 21 calendar days before the day set for hearing; reply briefs shall be filed no later than 14 calendar days before the day set for hearing).

**IT IS SO ORDERED**

Dated: __January 4, 2010__                         _____
                                                                    HON. JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE