KENNETH C. ABSALOM (SBN 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys for Plaintiff

JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant
BAYER HEALTHCARE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON HILL, JR., | Case No.: CV 09-00235 JSW |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE MANAGEMENT DATES** |
| BAYER HEALTHCARE LLC. | |
| Defendant | |

Pursuant to Civ. L.R. 7-12, the parties to the above-captioned action, by and through their undersigned counsel, hereby request that this Court approve the following Stipulation to modify certain case management dates so that the parties may complete percipient and expect discovery, adjudicate dispositive motions, and maintain the original Trial date to the extent necessary.

Joint Stip and [Proposed] Order to Further Mod. Case Mgt. Dates - 1

**IT IS HEREBY STIPULATED** by Plaintiff Lavon Hill and Defendant Bayer HealthCare LLC (Bayer) that the Court ought to set the following schedule in this matter:

<u>Last Day for Expert Disclosures</u>: 2.26.2010

<u>Last Day for Rebuttal Expert Disclosures</u>: 3.12 .2010

<u>Close of Expert Discovery</u>: 3.26.2010

<u>Close of Non-Expert Discovery</u>: 2.19.2010

<u>Last Day to Hear Dispositive Motions</u>: ~~Friday, 4.16.2010 [or, in the alternative,~~ 4.9.2010] at 9:00 a.m. (opening briefs shall be filed no later than 35 calendar days before the day set for hearing; opposing briefs shall be filed no later than 21 calendar days before the day set for hearing; reply briefs shall be filed no later than 14 calendar days before the day set for hearing).

<u>Pre-Trial Conference</u>: Monday, 4.19.2010, at 2:00 p.m.

**GOOD CAUSE FOR THIS REQUESTED ORDER EXISTS FOR THE FOLLOWING REASONS:**

1. As stated in the Parties' previous Joint Stipulation to Modify Case Management Dates signed into Order on January 4, 2010, a Site Inspection of Bayer's premises was tentatively scheduled for 1.27. 2010. Bayer was unable to accommodate Plaintiff's expert due to conflicting schedules of Bayer representatives, who Bayer requires to enable access to the facility. More particularly, the facilities in question comprise aseptic areas where gowning and other special precautionary measures are required for all personnel accessing such locations, to ensure regulatory compliance in Bayer's pharmaceutical production environment. Because of the scheduling availability of Bayer representatives, the parties' respective consultants, and counsel, the Site Inspection cannot be conducted until February 18 or 19, and the parties are currently in the process of confirming one of these two dates. In addition, one of the witnesses that Plaintiff seeks to depose, Peter Pawlik, no longer works for Bayer, but works and resides in Southern California. Nonetheless, Bayer has agreed to make the individual available for deposition in the Bay Area on Sunday, February 14, 2010, and Plaintiff has agreed to this weekend deposition scheduling.

2. The parties have continued to diligently engage in further depositions and written discovery, having taken the depositions of Plaintiff, Plaintiff's treating physician's, Dr. Douglas Chin, Bayer witnesses, Dave Willis and Chris Burns, and completed written discovery, pending certain additional document disclosure.  Further, Depositions have been noticed for (i) Bob Russey (a Bayer Labor Relations Manager), (ii) Mary Foxall (a Bayer Occupational Health Nurse), (iii) John (Jay) Mentz (a Bayer production supervisor), (iv) Peter Pawlik (a former Bayer manager), and (v) Erin Royle (a Bayer Occupational Health Nurse), (vi) Thomas James (a Bayer QA product line Manager), and (vii) Cristina Garrido Soto (a Bayer Tech Trainer) in the coming weeks.  The parties have continued to successfully work cooperatively through all discovery matters and have at no time resorted to this Court for resolution of same.

3. The parties believe that with the requested modification to the case management dates, percipient and expert discovery can be timely completed without causing undue burden to the witnesses.  Without the requested modifications, on the other hand, the parties believe there will be significant burden imposed upon the parties, witnesses and their counsel in an effort to comply with the current case management dates.

4. Both parties expressed an interest in mediation within the previous joint stipulation and such interest continues. The parties plan on conducting mediation as soon as all percipient discovery has been conducted.  Further, the requested modifications will allow the parties' experts to form the necessary opinions to make said mediation meaningful to the parties and bring a possible settlement to this matter short of trial.

5. No party shall be prejudiced by this Order where the parties have stipulated to the new dates and this Court shall retain the originally set Trial Date.

**IT IS SO STIPULATED:**


LAW OFFICES OF NEVIN & ABSALOM


Dated: February 2, 2010                                      __/S/_____
                                                              Kenneth C. Absalom
                                                              Attorneys for Plaintiff


Joint Stip and [Proposed] Order to Further Mod. Case Mgt. Dates - 3

LAW OFFICE OF JEROME SCHREIBSTEIN

Dated: February 2, 2010                            ____/S/_____
                                                   Jerome Schreibstein
                                                   Attorney for Defendant

**PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, THE COURT SETS THE FOLLOWING CASE MANAGEMENT DATES IN THIS MATTER:**

<u>Last Day for Expert Disclosure</u>: 2.26.2010

<u>Last Day for Rebuttal Expert Disclosure</u>: 3.12.2010

<u>Close of Expert Discovery</u>:3.26.2010

<u>Close of Non-Expert Discovery</u>: 2.19.2010

<u>Last Day to Hear Dispositive Motions</u>: Friday, ~~4.16.2010~~ [4.9.2010] at 9:00 a.m. (opening briefs shall be filed no later than 35 calendar days before the day set for hearing; opposing briefs shall be filed no later than 21 calendar days before the day set for hearing; reply briefs shall be filed no later than 14 calendar days before the day set for hearing). If the parties file cross-motion for summary judgment, the Court will only accept four briefs -- opening; opposition/cross-motion; reply/opposition; and reply to cross-motion.

Pre-Trial Conference: ~~Monday, 4.19.2010, at 2:00 p.m.~~
           Monday, May 17, 2010 at 2:00 p.m.
     **IT IS SO ORDERED**
           Trial:  Monday, June 7, 2010 at 8:00 a.m.

Dated:  February 3, 2010                 _____
                                         HON. JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE