JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant
BAYER HEALTHCARE LLC

KENNETH C. ABSALOM, State Bar No. 114607
JAMES ACHERMANN, State Bar No. 262514
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile:  (415) 392-3729
Email:  kenabsalom@333law.com

Attorneys for Plaintiff
LAVON HILL, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON HILL, JR.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE LLC and DOES 1-20,<br><br>　　　　Defendants. | Case No. 3:09-CV-00235 JSW<br><br>**STIPULATION AND PROTECTIVE ORDER RE: SITE INSPECTION** |

The parties, plaintiff Lavon Hill, Jr. ("plaintiff") and defendant Bayer HealthCare LLC ("Bayer"), collectively referred to herein, at times, as the "Parties," by and through their undersigned counsel, jointly request that the Court enter the following Protective Order regarding the upcoming Site Inspection in this matter.

-1-

STIPULATION AND PROTECTIVE ORDER RE: SITE INSPECTION
(Case No. 3:09-CV-00235 JSW)

1. This Stipulation and Protective Order applies to the Site Inspection to take place on February 26, 2010, from approximately 8:30 a.m. – 12:30 p.m., in specified areas of the Filling and Freeze Drying Operations (FFD) comprising Building 49a, and associated facilities, in Bayer's Berkeley, California facilities located at 800 Dwight Way, Berkeley, CA 94701 (hereinafter, the "Site Inspection"). For purposes of the Site Inspection only, Bayer shall permit the following personnel, along with the Parties, to enter said areas: (1) plaintiff's expert consultant, (2) one attorney from plaintiff's counsel's office, Nevin & Absalom, which names shall be provided to Bayer's counsel by Noon on February 25, 2010.

2. Plaintiff's representatives shall abide by all rules, regulations and procedures applicable to visitors/guests at Bayer's facilities, including the rules, regulations and procedures related to health and safety, aseptic processing, and proprietary information, as well as mandatory procedures relative to gowning and other protective wear. Bayer shall not be responsible for any injury to person or property of plaintiff's representatives, including any damage that may occur to the videographic or photographic equipment of plaintiff's representatives when same is subject to mandatory sanitization in pass-through to aseptic areas.

3. During the Site Inspection, plaintiff's representatives may observe, photograph and/or videotape FFD operations as are visible from areas in which visitors/guests are permitted. Bayer shall reasonably cooperate in providing access to the performance of the essential functions of the position as previously performed by plaintiff. In order to ensure minimal disruption of Bayer employees' work, the Parties agree that plaintiff's representatives shall not question or otherwise disturb Bayer employees, unless authorized by Bayer, including through its counsel, at the time of the Site Inspection.

4. All videotapes, photographs, digital files, or other images, electronic or otherwise, captured by plaintiff's representatives during the Site Inspection shall be clearly marked as "CONFIDENTIAL," and shall be treated according to said designation of the Parties jointly pursuant to the provisions of the Stipulated Protective Order (Docket # 30) entered by this Court on December 17, 2009.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: 2.24.10    /S/
Attorneys for Plaintiff
LAVON HILL, JR.
JAMES ACHERMANN

Dated: 2.24.10    /S/
Attorneys for Defendant
BAYER HEALTHCARE LLC
JEROME SCHREIBSTEIN

## ORDER

PURSUANT TO STIPULATION, and good cause otherwise appearing, the Parties' above stipulated terms are entered as this Court's Protective Order re: Site Inspection.

Dated: February 25, 2010    _Jeffrey S. White_
Jeffrey S. White
United States District Judge